```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 34384
    FRANCESCA MARIE OSMAN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5313

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/29/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER    3344.82          327.08         3344.82
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    2276.40          200.27         2276.40
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    2372.21          207.85         2372.21
RESURGENT CAPITAL SERVIC   UNSEC W/INTER   NOT FILED            .00             .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED            .00             .00
PRONGER SMITH MEDICARE     UNSEC W/INTER   NOT FILED            .00             .00
ST FRANCIS HOSPITAL & HE   UNSEC W/INTER   NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    1297.51           89.15         1297.51
PETER FRANCIS GERACI       DEBTOR ATTY     1,700.00                         1,700.00
TOM VAUGHN                 TRUSTEE                                            712.84
DEBTOR REFUND              REFUND                                             371.87

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             12,900.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                9,290.94
    INTEREST                               824.35
ADMINISTRATIVE                           1,700.00
TRUSTEE COMPENSATION                       712.84
DEBTOR REFUND                              371.87
                   -------------       -------------
TOTALS              12,900.00           12,900.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 34384 FRANCESCA MARIE OSMAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 34384 FRANCESCA MARIE OSMAN